978 So.2d 338 (2008)
Fawnclair Honeycutt, Wife of/and Roy HONEYCUTT
v.
Alicia J. DEUTSCHMANN and State Farm Mutual Automobile Insurance Company.
No. 2008-C-0406.
Supreme Court of Louisiana.
April 18, 2008.
In re Choice Courier Systems Inc.; Defendant; Applying for Writ of Certiorari and/or Review, Parish of Jefferson, 24th Judicial District Court Div. P, No. 551-783; to the Court of Appeal, Fifth Circuit, No. 07-CA-211.
Not considered, not timely filed. See S.Ct. Rule X, Section 5.